# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>LINDA ABELDT, Trustee of the LINDA ABELDT TRUST U/D/T/ DATED MAY 11, 2009; TONY C. FREITAS, Trustee of the TONY AND SHIRLEY FREITAS FAMILY REVOCABLE LIVING TRUST dated July 21, 1995; DALJIT SINGH dba MANTECA LIQUORS;<br><br>    Defendants. | CASE NO. 2:21-cv-01464-JAM-DB<br><br>ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

The parties having stipulated,

IT IS ORDERED that Defendants LINDA ABELDT, Trustee of the LINDA ABELDT TRUST U/D/T/ DATED MAY 11, 2009; TONY C. FREITAS, Trustee of the TONY AND SHIRLEY FREITAS FAMILY REVOCABLE LIVING TRUST dated July 21, 1995 and DALJIT SINGH dba MANTECA LIQUORS shall have until October 26, 2021 to answer or otherwise respond to the Complaint.

DATED: October 15, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE